UNCLASSIFIED

United States District Court
Southern District of Texas
FILED

AUG 0 1 2018

David J. Bradley, Clerk

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI San Antonio
5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | 209A-SA-2083009 |
| Requesting Official(s) and Office(s): | SA James R. Wilson (SA) |
| Task Number(s) and Date Completed: | 851458, Request ID 851326 7/3/2018 |
| Name and Office of Linguist(s): | CL Norma D. Campos (SA) |
| Name and Office of Reviewer(s): | SA Alex Garcia (SA) |
| Source Language(s): | Spanish, English |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:    201806151142_41667479_9563438733_76.mp3
  *If Applicable*—Call Number:    N/A
        —Date, Time, Duration:    6/15/2018, 11:42 AM, 00:03:10
        —Target Number:    N/A
        —Direction, Number:    Outgoing, (956) 343-8733

## VERBATIM TRANSLATION

Participants:
  JZ    Dr. Jorge Zamora-Quezada
  UF    Unidentified Female, daughter

Abbreviations:
  [PH]    Phonetic
  [OV]    Overlapping voices
  [-]    Stuttering



UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| [--] | Faltered speech |
| […] | Intentional pause in speech |
| [PL] | Plural |
| [RC] | Recording |

| | |
|---|---|
| Primary language | Spanish (standard font Times New Roman 12) |
| Secondary language | *English (italics)* |

UNCLASSIFIED

File number: 209A-SA-2083009

| | |
|---|---|
| | [RC] All phone calls are subject to monitoring and recording. [RC] |
| JZ: | Hello. |
| UF: | Hello, dad. |
| JZ: | Hello, beautiful. How are you? Good afternoon. |
| UF: | Good, dad. And you? Good afternoon. |
| JZ: | I'm also fine. How—are you [PL] at the clinic or are you [PL] at home? |
| UF: | No, well it's because Oscar, I mean, Alex has his graduation from first year at 1:30. |
| JZ: | Uh-hum. |
| UF: | And we are doing—we are in the car. I was, I mean, we are doing some things before heading over there but I don't know what Victor is doing. [UI] |
| JZ: | [OV] Oh, you are—you are in your car? Are you driving? |
| UF: | Yes. No! I am in the car and I'm with Victor but he went into the *post office*. I don't know what he's doing. |
| JZ: | Oh, Victor is—he went into the *post office. Okay.* |
| UF: | Yes. |
| JZ: | *Okay.* And uh…so, you [PL] you are heading to Harlingen? |
| UF: | Yes. |
| JZ: | Oh. Is the graduation at 1:00? |
| UF: | Yes, at 1:30. Yes. |
| JZ: | Uh-hum. And then the three of you are coming back to the clinic? |
| UF: | Yes. |
| JZ: | Oh, Vic—does Alex have to be there with the attorneys in…today? |
| UF: | I don't know. I don't know, dad. |
| JZ: | Oh, you don't know if Alex is coming back to the clinic. |

1
UNCLASSIFIED

UNCLASSIFIED

File number: 209A-SA-2083009

| | |
|---|---|
| UF: | Oh, yes. No. I just know that Victor and I will but I don't know if Alex was planning to come back or not. |
| JZ: | Oh, *okay*. And what—did something happen at the clinic? Did you continue working in the laboratory? |
| UF: | No, not yet—not yet. It's just that now—well, we didn't have time but [UI]. |
| JZ: | [OV] Oh, so you [PL] didn't go to the clinic today? |
| UF: | No. We did go but we were only there for about an hour and then we left. |
| JZ: | Ah. Oh, *okay, okay*. Has [stutters] Meisy told you when she comes back…when they are coming back? |
| UF: | No. I haven't spoken to her at all. |
| JZ: | Uh-hum. |
| UF: | Victor is the only one that has spoken to her. |
| JZ: | Uh-hum. But, I mean, they went over there uh…but they didn't say when they are coming back? |
| UF: | No. Uh-hum. |
| JZ: | No. *Okay*. Uh… [stutters] did you get the impression they left because of an emergency or what? |
| UF: | [chuckles] Well, I don't know. I think that…I don't know. Meisy got scared that-- |
| JZ: | I mean, they didn't [stutters] tell anyone or anything? |
| UF: | Oh, no. She did tell us. |
| JZ: | Uh-hum. But did she say why? Was it an emergency or was it—was it something? Because that doesn't exist anymore. We already know that doesn't exist. |
| UF: | [UI] Eh. Well, no. |
| JZ: | I mean, what was your impression, or what? That is was an emergency? |
| UF: | Well, just that she left out of fear that she would be arrested and that's it. |
| JZ: | Oh! That's was it is. *Okay. Okay.* |

2

UNCLASSIFIED

UNCLASSIFIED

File number:     209A-SA-2083009

| | |
|---|---|
| UF: | Yes. |
| JZ: | *Okay. Uh…okay. So,…okay.* Victor hasn't come back, right? |
| UF: | No, he hasn't come back. |
| JZ: | *Okay.* Okay, well I love you very much, sweetie. |
| UF: | [OV] Me, too, dad. |
| JZ: | And I'm sending you many hugs and kisses. |
| UF: | Likewise. |
| JZ: | *Okay. Bye.* |
| UF | Okay. *Bye.* |

[End of recording]

3

UNCLASSIFIED