UNCLASSIFIED

United States District Court
Southern District of Texas
FILED

AUG 0 1 2018

David J. Bradley, Clerk

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI San Antonio
5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | 209A-SA-2083009 |
| Requesting Official(s) and Office(s): | SA James R. Wilson (SA) |
| Task Number(s) and Date Completed: | 851458, Request ID 851326 7/5/2018 |
| Name and Office of Linguist(s): | CL Norma D. Campos (SA) |
| Name and Office of Reviewer(s): | SA Alex Garcia (SA) |
| Source Language(s): | Spanish |
| Target Language: | English |
| Source File Information | |
| Name of Audio File or CD: | 201806151203_41667479_9563438733_74.mp3 |
| *If Applicable*−Call Number: | N/A |
| −Date, Time, Duration: | 6/15/2018, 12:03 PM, 00:09:35 |
| −Target Number: | N/A |
| −Direction, Number: | Outgoing, (956) 343-8733 |

## SUMMARY TRANSLATION

Participants:
    JZ                             Dr. Jorge Zamora-Quezada
    V                               Victor LNU, son
    F                               Felix LNU

Abbreviations:
    [PH]                      Phonetic
    [OV]                    Overlapping voices

GOVERNMENT EXHIBIT 2

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| [-] | Stuttering |
| [--] | Faltered speech |
| [...] | Intentional pause in speech |

| | |
|---|---|
| Primary language | Spanish (standard font Times New Roman 12) |
| Secondary language | *English (italics)* |

UNCLASSIFIED

File number:     209A-SA-2083009

SUMMARY
00:00:00 – 00:04:10

JZ greets V. JZ confirms with V that V told the reporter the JZ doesn't give chemotherapy. JZ confirms that the article was released and V confirms. JZ asks how V is doing with the PowerPoint presentations and adds that Trey didn't get the paperwork. JZ asks for F.

VERBATIM
00:04:10 – 00:5:10

| | |
|---|---|
| JZ: | But in reality, I don't think something happened. Did something happen? |
| V: | No, dad. Nothing new. |
| JZ: | No, uh…just let me clear something up. I mean, it was really…okay. Meisy should be coming back but…because, I mean, I don't understand. There is nothing about—nothing anymore about…we know there is nothing of anything. Uh…is that why you understood she left? |
| V: | Well, it was in a—it was in a conversation that we were discussing that well—well, my grandfather said, "Well, leave." And well, she also said, "Well, yes, right?" |
| JZ: | Uh-hum. |
| V: | And, in addition, she has to do the other thing that she's doing over there which is-- |
| JZ: | [OV] Of course. Of course. Of course. |
| V: | --fi—finding the--the funds and-- |
| JZ: | [OV] Of course. Uh-hum. |
| V: | That was the goal, to do that and that's all but-- |
| JZ: | Yes, of course. They should already be…yes, she already told me that she's almost done. *Okay*. |
| V: | *Okay*. Uh-- |

SUMMARY
00:05:10 – 00:09:35

1
UNCLASSIFIED

UNCLASSIFIED

File number:   209A-SA-2083009

JZ says Pilar should start working on the public relations firm. JZ tells V about the motions filed by Trey and says he didn't see one for *change of venue*. JZ asks for F and greets F.

JZ tells F that he is aware there are many problems but they can't speak about them. JZ asks F what is going on. F says he's deactivating all the *auto-pays* and working on what they spoke about the previous day. They talk about retainer fees for Savory [PH], Porter and the Texas Medical Board. JZ tells F to jot down any other attorney that F comes across. They agree to talk later.