Case 7:18-mj-01507   Document 19-3   Filed in TXSD on 08/02/18   Page 1 of 4

UNCLASSIFIED

United States District Court
Southern District of Texas
FILED

AUG 0 1 2018

David J. Bradley, Clerk

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI San Antonio
5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | 209A-SA-2083009 |
| Requesting Official(s) and Office(s): | SA James R. Wilson (SA) |
| Task Number(s) and Date Completed: | 851458, Request ID 851326 7/5/2018 |
| Name and Office of Linguist(s): | CL Norma D. Campos (SA) |
| Name and Office of Reviewer(s): | SA Alex Garcia (SA) |
| Source Language(s): | Spanish |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:    201806181821_41667479_9568020058_59.mp3
  *If Applicable*—Call Number:    N/A
        —Date, Time, Duration:    6/18/2018, 6:21 PM, 00:02:27
        —Target Number:    N/A
        —Direction, Number:    Outgoing, (956) 802-0058

## SUMMARY TRANSLATION

Participants:
    JZ        Dr. Jorge Zamora-Quezada
    P        Pilar LNU

Abbreviations:
    [PH]        Phonetic
    [OV]        Overlapping voices
    [-]        Stuttering

UNCLASSIFIED



GOVERNMENT
EXHIBIT
3
7:18-mj-1507

UNCLASSIFIED

| | |
|---|---|
| [--] | Faltered speech |
| [...] | Intentional pause in speech |
| [RC] | Recording |
| [PL] | Plural |

| | |
|---|---|
| Primary language | Spanish (standard font Times New Roman 12) |
| Secondary language | *English (italics)* |

UNCLASSIFIED

UNCLASSIFIED

File number:      209A-SA-2083009

|      | [RC] All phone calls are subject to monitoring and recording. [RC] |
|------|---|
| JZ:  | Hello. |
| P:   | Hello, Jorge. How are you? |
| JZ:  | Hello, Pilar. Good afternoon. How are you [PL]? |
| P:   | Good afternoon. Good. Hey, I am at the airport because I'm returning to San Francisco like…because I have a job interview tomorrow. But-- |
| JZ:  | [OV] Oh! Then you are leaving. *Okay*. [UI] |
| P:   | [OV] –but my mother told me that you can her to Tower Five. |
| JZ:  | Do you have the phone number? Because I don't have it. |
| P:   | Yes. Yes, Felix said that he was going to add it to your things but I can give it to you. Give me a second. |
| JZ:  | *Okay*. |
|      | [Brief pause] |
| JZ:  | I think it's 0-11-52-3-3-2. Or is it 3-2-2? |
| P:   | Three, 2-2. |
| JZ:  | Three, 2-2? |
| P:   | Yes, 3-2-2. |
| JZ:  | And then what are the last…no…six, seven digits? |
| P:   | And then it's 2-2-1-- |
| JZ:  | Two, 2-1-- |
| P:   | Twenty nine, 54-- |
| JZ:  | Twenty nine, 54. *Okay*. |
| P:   | Or 2-2-1-0-9-7-6. I am not sure which is Tower Three and Tower Five. |
| JZ:  | Two, 2-1…what else? |
| P:   | Zero, 9-7-6. |
| JZ:  | Zero, 9-7-6. So, 3-22, right? That is the—the area code. |

1

UNCLASSIFIED

UNCLASSIFIED

File number:     209A-SA-2083009

| | |
|---|---|
| P: | Yes, 3-22-2-2-1-- |
| JZ: | Two, 2-1, for both and one is 29-54 and the other is 0-9-7-6. *Okay.* |
| P: | Yes. |
| JZ: | Okay, well hope it goes well for you. Where is your interview? |
| P: | It is at a makeup company. Uh…it is called Everest [PH] beauty makeup. |
| JZ: | Uh-hum. |
| P: | As a designer for them...for uh…graphic-- |
| JZ: | [OV] Oh, that's cool. |
| P: | --as a graphic designer. |
| JZ: | And what is the salary, the starting salary? |
| P: | Well, 35 dollars an hour. |
| JZ: | Oh! That's good. That's good. That's very good. |
| P: | Yes. Yes, [UI]. |
| JZ: | Uh…well, hope it goes well and may God bless you. |
| P: | [OV] Thank you very much. |
| JZ: | [OV] Thank you for everything. Hugs and kisses. |
| P: | Of course. Likewise, kisses. |
| JZ: | Send my regards to [UI] and Lily. |
| P: | Lily, yes I will. |
| JZ: | Okay, then. *Bye.* |
| P: | Kisses, *bye.* |
| JZ: | *Bye.* |

[End of recording]

2

UNCLASSIFIED