

United States District Court
Southern District of Texas
FILED

AUG 0 1 2018

David J. Bradley, Clerk

July 31, 2018

To Whom It May Concern,

This letter is in reference to Meisy Zamora. As an employee of the Discovery School, I have known Meisy since her children began attending the school in the early to mid nineties. I was a teacher at the time and now am the director of the school. She has been a dedicated parent and involved with her children especially her youngest daughter, Georgina. Her youngest daughter graduated the school as a sixth grader in May 2017. Meisy has always held high standards in the education of her children. Georgina has always been very active in extracurricular activities and school with the support of her mother alongside her at all times.

It is my sincere hope that the court takes this letter into consideration.

Respectfully,

*Leticia Sanchez*

Leticia Sanchez, Director
Discovery School
956-381-1117

DEFENDANT'S EXHIBIT
CASE NO. 7:18MJ1507
EXHIBIT NO. B

1711 West Alberta Road  Edinburg, Texas 78539  •  Telephone 956-381-1117  •  Fax 956-381-1007
www.thediscoveryschool.net