United States District Court
Southern District of Texas
FILED

AUG 0 2 2018

David J. Bradley, Clerk

## EXHIBIT A

| Member's Name, Address And Telecopy # | Initial Contribution | Initial Capital Percentage | Initial Sharing Percentage |
|---|---|---|---|
| Jorge Alejandro Zamora<br>7838 Barlite Blvd.<br>San Antonio, Texas 78224 | $100.00 | 100% | 100% |



DEFENDANT'S EXHIBIT
CASE NO. 7:18MJ1507
EXHIBIT NO. C

LLC Agreement, Exhibit A
::ODMA\GRPWISE\CTW.AUS09.CT_Lib2:47358.1

A-1

## CONSENT OF SPOUSE

The undersigned, being the spouse of the sole Member of JZACE #1, LLC, a Texas limited liability company, hereby gives consent to the restrictions and encumbrances placed by the foregoing Company Agreement on any interest I may have in the said company.

Executed to be effective as set forth above:

_____N/A – Member unmarried_____
Name:_____,
Spouse of:_____