United States District Court
Southern District of Texas
FILED

AUG 0 2 2018

David J. Bradley, Clerk

## AMENDMENT TO AIRCRAFT BILL OF SALE

On or about the 30TH day of APRIL, 2008, the undersigned issued a Bill of Sale showing DR JORGE ZAMORA - QUEZADA
(Name)

2601 CORNERSTONE BLVD. EDINBURG TX 78539
(Address)

as purchaser and ECLIPSE AVIATION CORPORATION
(Name)

2503 CLARK CARR LOOP, ABQ NM 87106
(Address)

as seller, covering the aircraft described as follows:

FAA Registration Number: N224ZQ  Serial Number: 000162

Manufacturer/Model ECLIPSE AVIATION CORP./EA500

Thereafter, the Bill of Sale was filed and same was recorded with the Federal Aviation Administration on the 30TH day of APRIL, 2008, under conveyance number _____.

The above-described Bill of Sale is hereby amended to correct

NAME + ADDRESS
JZACE #1 LLC
2601 CORNERSTONE BLVD
EDINBURG, TX. 78539

DEFENDANT'S EXHIBIT
CASE NO. 7:18MJ1507
EXHIBIT NO. D

JZACE #1 LLC
Jorge Alejandro Zamora
Name of Purchaser
_____, Owner
Signature and Title

ECLIPSE AVIATION CORPORATION
_____
Name of Seller
VP & General Counsel
Signature and Title